**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge: Deborah M. Fine** | **Date:** March 2, 2023 |
| **USA v. Kevin MacConkey** | **Case Number: 23-05071MJ-001-PHX-DMF** |

**Assistant U.S. Attorney:  LeighAnn Thomas**
**Attorney for Defendant:  Kristin Whitaker**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody** ☐ **Summons** ☐ **Writ**

**INITIAL APPEARANCE on a Rule 5 Indictment out of the Southern District of Indiana**
**DOA: 3/1/2023**                                             **[2:23CR004JMS-CMM]**
MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M. Fine: Initial Appearance on a Rule 5 Indictment as to Kevin MacConkey held on 3/2/2023.  The Government moves to UNSEAL this case.  SO ORDERED.  FINANCIAL AFFIDAVIT TAKEN.  Appointing AFPD Kristin Whitaker for Defendant.  Identity Hearing waived.  THE COURT FINDS Defendant is the individual named in the Indictment and warrant.  Pursuant to request by defense counsel, IT IS ORDERED directing Pretrial Services to screen Defendant for possible Crossroads placement.  Detention Hearing set.  Defendant waives all applicable time.  Defendant temporarily detained pending further hearings.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Detention Hearing set for 3/10/2023 at 10:00 AM before Magistrate Judge Eileen S. Willett in Courtroom 305.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA:R5** 02 min |
| **Deputy Clerk** Kenneth G. Miller | **ID**    01 min |
| | **Start:  4:01 PM** |
| | **Stop:  4:04 PM** |